# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLOTTE A. BITTLE,** ] | |
| ] | |
|    **Plaintiff,** ] | |
| ] | |
| v. ] | CV-08-BE-2258-S |
| ] | |
| **EQUIFAX INFORMATION SERVICES,** ] | |
| **INC.,** ] | |
| ] | |
|    **Defendant.** ] | |
| ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before **July 7, 2009** that final settlement documentation could not be completed.

DONE and ORDERED this 7th day of May 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE